# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-16480-ELF

MICHELLE A. WHITE

22 MIMOSA LANE

LEVITTOWN, PA 19030-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHELLE A. WHITE

    22 MIMOSA LANE

    LEVITTOWN, PA 19030-

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY
    402 MIDDLETOWN RD., SUITE 202
    202 PENN SQUARE
    LANGHORNE, PA 19047-

Date: 1/9/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee