IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michelle A. White                               : CHAPTER 13

                                                       : 19-16480 - ELF

## NOTICE OF APPLICATION FOR COMPENSATION AND/OR REIMBURSEMENT OF EXPENSES

TO THE DEBTOR(S), CREDITORS, THE TRUSTEE, AND ALL PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

   *1*.  ON October 16,  2019**,** DEBTOR(S) FILED A CHAPTER **13** PETITION WITH THE COURT.

   2.  DEBTOR(S) COUNSEL, MICHAEL P. KELLY, HAS FILED AN APPLICATION FOR COMPENSATION AND/OR REIMBURSEMENT OF EXPENSES IN THE AMOUNT OF **$4,000.00.**

   3.  DEBTORS COUNSEL IS ASKING THAT THE FEES AND COSTS BE APPROVED.

   4.  ANY CREDITOR OR PARTY IN INTEREST MAY FILE AS ANSWER, OBJECTION, OR OTHER RESPONSIVE PLEADING OR REQUEST FOR A HEARING PROTESTING THE APPROVAL OF COUNSEL FEES, STATING THE REASONS WHY A HEARING IS NECESSARY, WITH THE **CLERK, U.S. BANKRUPTCY COURT, SUITE 400, ROBERT N.C. NIX BUILDING, 900 MARKET STREET, PHILADELPHIA, PA. 19107,** AND SERVE A COPY OF THE PLEADING ON THE ATTORNEY FOR THE DEBTOR MICHAEL P. KELLY, WHOSE ADDRESS APPEARS BELOW, ON OR BEFORE TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.

   5.  IN THE ABSENCE OF ANY ANSWERS, OBJECTIONS, OR REQUESTS FOR A HEARING, THE DISTRIBUTION OUTLINED IN THIS NOTICE WILL OCCUR, WITHOUT A HEARING OR FURTHER ACTION BY THE COURT.

Dated – March 17,  2020

BY:


MICHAEL P. KELLY
402 MIDDLETOWN BLVD
SUITE 202
LANGHORNE, PA. 19047
(215) 741-1100