# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | : BKY. NO. 19-16480 |
| MICHELLE A. WHITE | : |
| | : CHAPTER 13 |

## CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Second Amended Chapter 13 Plan upon all priority creditors, all secured creditors, the Chapter 13 Trustee, the United States Trustee and on all other creditors who are adversely affected by the changes to the original plan on the 17th day of March, 2020, by electronic mail and/or first class mail, postage prepaid. All creditors on the claims docket have been served at the addresses requested for notices on their Proof of Claims. There are no student loan obligations in this case.

March 17, 2020                              /s/ Michael P. Kelly
                                            Michael P. Kelly, Esquire
                                            Attorney for Debtor(s)
                                            Suite 202 - Penn's Square
                                            402 Middletown Blvd.
                                            Langhorne, PA    19047
                                            (215) 741-1100
                                            fax (215) 741-4029
                                            email:  mpk@cowanandkelly.com

## Service List

Michelle A. White – by regular mail
22 Mimosa Lane
Levittown, PA 19054

Assistant U.S. Trustee - by CM/ECF
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

William C. Miller – by CM/ECF
P.O. Box 1229
Philadelphia, PA 19105

Nissan Motor Acceptance – by regular mail - Claims Docket
P.O. Box 660366
Dallas, TX 75266-0366

LVNV Funding, LLC – by regular mail - Claims Docket
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Capital One Bank (USA), N.A. – by regular mail - Claims Docket
4515 N. Santa Fe Ave.,
Oklahoma City, OK 73118

Quicken Loans Inc. – by regular mail - Claims Docket
Bankruptcy Team
635 Woodward Avenue
Detroit, MI 48226

Quicken Loans, Inc. - by regular mail
c/o Thomas Song, Esquire
One Penn Center Plaza
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

Capital One, NA – by regular mail - Claims Docket
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Wells Fargo Bank, NA – by regular mail - Claims Docket
Wells Fargo Card Services
MAC F8235-02F
P.O. Box 10438
Des Moines, IA 50306-0438

Quantum3 Group, LLC   – by regular mail - Claims Docket
As Agent for Comenity Bank
P.O. Box 788
Kirkland, WA 98083-0788

Quantum3 Group, LLC   – by regular mail - Claims Docket
As Agent for Comenity Capital Bank
P.O. Box 788
Kirkland, WA 98083-0788

Synchrony Bank – by regular mail - Claims Docket
c/o PRA Receivables Mgmt. LLC
P.O. Box 41021
Norfolk, VA 23541

Jefferson Capital Systems, LLC – by regular mail - Claims Docket
P.O. Box 7999
Saint Cloud, MN 56302-9617

LVNV Funding, LLC – by regular mail - Claims Docket
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

CSMC 2019-JR1 Trust – by regular mail - Claims Docket
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

CSMC 2019-JR1 Trust - by regular mail
c/o Rebecca A. Solarz, Esquire
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

ARS National Services, Inc. - by regular mail
P.O. Box 469046
Escondido, CA 92046-9046

Best EGG/SST - by regular mail
4315 Pickett Road
Saint Joseph, MO 64503-1600

Capital One, NA - by regular mail
P.O. Box 30281
Salt Lake City, UT 84130-0281

Comenity Bank/Womnwthn - by regular mail
P.O. Box 182789
Columbus, OH 43218-2789

Comenity Capital Bank/Bosc - by regular mail
P.O. Box 182120
Columbus, OH 4321-2120

Kohl's - by regular mail
P.O. Box 3115
Milwaukee, WI 53201-3115

Lending Club Corporation - by regular mail
595 Market St., Ste. 400
San Francisco, CA 94105-2807

LendingClub Corporation - by regular mail
595 Market Street, Suite 200
Attn:   Bankruptcy
San Francisco, CA 94105-2807

NJL & PS C/U - by regular mail
P.O. Box 550
Trenton, NJ 08604-0550

Nissan Motor Acceptance - by regular mail
P.O. Box 660366
Dallas, TX 75266-0366

Nissan-Infinity - by regular mail
P.O. Box 660366
Dallas, TX 75266-0366

Quicken Loans - by regular mail
1050 Woodward Avenue
Detroit, MI 48226-1906

Select Portfolio Servicing - by regular mail
10401 Deerwood Park BV
Jacksonville, FL 32256-5007

Syncb/Amazon - by regular mail
P.O. Box 965015
Orlando, FL 32896-5015

Syncb/Care Credit - by regular mail
P.O. Box 965036
Orlando, FL 32896-5036

Wawa/CBNA - by regular mail
P.O. Box 6497
Sioux Falls, SD 57117-6497

Wells Fargo Card Services - by regular mail
P.O. Box 14517
Des Moines, IA 50306-3517